UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 1:06-CR-147

CHARLES CORREY GADDIS,          HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER

The Court has before it Defendant's motion to appoint counsel. On November 20, 2007, the Court entered an Order Rejecting Pleading, which rejected Defendant's Petition for Resentencing pursuant to 18 U.S.C. § 3582 because Defendant was represented by a court-appointed attorney. The November 20, 2007, Order further instructed that Defendant must file any document in this case through his attorney.

In his instant motion, Defendant states that he sent his Petition to his attorney, Mr. Woods, but that Mr. Woods stated that he would not be filing the petition on behalf of Petitioner in this case. Thus, it appears that Mr. Woods considers his representation of Defendant to be concluded.

Having reviewed Defendant's motion, the Court concludes that Defendant is not entitled to counsel. However, because Defendant is no longer represented, the Court finds that Defendant is entitled to have his petition filed in his case. Therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion to Appoint Counsel (docket no. 151) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall accept for filing Defendant's Petition and Memorandum in support of his Petition attached to the November 20, 2007, Order Rejecting Pleading.

Dated: February 22, 2008                                   /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                                      UNITED STATES DISTRICT JUDGE